# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANLOUISE HALLAL, <br><br> Plaintiff, <br><br> v. <br><br> HEATHER MARDEL, et al., <br><br> Defendants. | Case No. 1:16-cv-01432-DAD-SAB <br><br> ORDER VACATING FINDINGS AND RECOMMENDATIONS <br><br> (ECF No. 12) |

On December 8, 2016, this Court entered a findings and recommendations recommending dismissing this action for Plaintiff's failure to file a first amended complaint. After the findings and recommendations issued, a first amended complaint was filed on December 6, 2016.[1] Accordingly, the findings and recommendations issued on December 8, 2016 are HEREBY VACATED.

IT IS SO ORDERED.

Dated:  **December 13, 2016**

UNITED STATES MAGISTRATE JUDGE

---

[1] Although the first amended complaint was received on December 6, 2016, it was not docketed until December 9, 2016.

1